**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**San Francisco/Oakland Division**

| | |
|---|---|
| SHABIER KHAN, <br><br> Plaintiff, <br><br> v. <br><br> LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, <br><br> Defendants. | Case No. 4:21-cv-01411-PJH <br><br> [PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL WITH PREJUDICE <br><br> Complaint Filed: February 26, 2020 <br> Trial Date: None Set <br> District Judge: Hon. Phyllis J. Hamilton |

1 | Pursuant to the stipulation of the parties and for good cause shown, this case is hereby
2 | dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
3 | Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 2, 2021

_____
The Honorable Phyllis J. Hamilton
United States District Judge